## BIRMINGHAM RY. L. & P. CO. V. VAUGHAN.
### Damages.
(Decided Dec. 17, 1908.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. A. O. LANE.

TILLMAN, GRUBB, BRADLEY & MORROW, for appellant. GASTON & PETTUS, for the appellees.

Per curiam. Appeal dismissed by appellant.

---

## CAMPBELL V. THE STATE.
### Crime.
(Decided Dec. 17, 1908.)

APPEAL from Chilton Circuit Court.

Heard before Hon. W. W. PEARSON.

J. O. MIDDLETON, for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

ANDERSON, J.—The question of the guilt of the defendant should not have been submitted to the jury. Reversed and remanded.

TYSON, C. J., DOWDELL and McCLELLAN, JJ., concur.

---

## FIELDER V. THE STATE.
### Crime.
(Decided Dec. 17, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. A. C. HOWZE.

No counsel marked for appellant. ALEXANDER M. GARBER, Attorney General, for the State.

SIMPSON, J.—There is no error in the record. Affirmed.

DOWDELL, DENSON and McCLELLAN, JJ., concur.

---

## FLETCHER V. RILEY.
### Civil Action.
(Decided Feb. 4, 1909.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

No counsel marked for either party.

Per curiam. Affirmed on certificate.